**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | Chapter 7 |
| | § | |
| DEBORAH A OGNIBENE | § | Case Number: 16-82557 |
| | § | |
| Debtor. | § | JUDGE THOMAS M. LYNCH |

## CERTIFICATE OF SERVICE

The undersigned certifies that on July 10, 2017, she served upon all persons to whom it is directed via electronic communication as indicated below and by United States Mail as indicated on the attached service list, a copy of the Notice of Trustee's Final Report.

Attorney Jeffry A Dahlberg
5130 North Second Street
Loves Park, IL 61111-5222

Patrick Layng
Office of the U.S. Trustee
780 Regent Street, Suite 304
Madison, WI 53715

                                                            /s/ Marti Maravich


Joseph D. Olsen, Trustee
Yalden, Olsen & Willette
1318 East State Street
Rockford, IL 61104-2228
815-965-8635
815-965-4573 (facsimile)
jolsenlaw@comcast.net

OneMain Financial Services
P.O.Box 3251
Evansville, IN 47731-3251

Amazon
c/o Synchrony Bank
P.O. Box 965060
Orlando, FL 32896-5060

Capital One
P.O. Box 30285
Salt Lake City, UT 84130-0285

Credit One Bank
P.O. Box 98873
Las Vegas, NV 89193-8873

Fingerhut
Attn: Bankruptcy Department
6250 Ridgewood Road
Saint Cloud, MN 56303-0820

Gentle Family Dentistry
2004 E. Riverside Drive
Loves Park, IL 61111-4856

Mutual Management Services Inc
7177 Crimson Ridge Drive, Suite 10
P.O. Box 8740
Rockford, IL 61126-8740

One Main Financial
Bankruptcy Department
P.O. Box 6042
Sioux Falls, SD 57117-6042

OneMain
5451 E. State St Suite 101B
Rockford, IL 61108-2337

PayPal
c/o Synchrony Bank fka GE Capital
P.O. Box 965008
Orlando, FL 32896-5008

Rockford Municipal Employees CU
634 N Church St
Rockford, IL 61103-6915

Sleep Services
3251 Grande Vista Drive
Newbury Park, CA 91320-1193

Swedish American
A Division of UW Health
P.O. Box 1567
Rockford, IL 61110-0067

Swedish American
A Division of UW Health
P.O. Box 310283
Des Moines, IA 50331-0283

COTTONWOOD FINANCIAL DBA THE
1901 GATEWAY DRIVE
SUITE 200
IRVING, TX 75038-2425

Wal-Mart
c/o Synchrony Bank
P.O. Box 965060
Orlando, FL 32896-5060

Deborah A. Ognibene
1535 Jackson Street
Rockford, IL 61107-4308