**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: OGNIBENE, DEBORAH A.                              § Case No. 16-82557
                                                         §
                                                         §
                                                         §
Debtor(s)                                                §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

   JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report
and, if applicable, any order of the Court modifying the Final Report. The case is fully
administered and all assets and funds which have come under the trustee's control in this case
have been properly accounted for as provided by law. The trustee hereby requests to be
discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims
discharged without payment, and expenses of administration is provided below:

```
Assets Abandoned: $4,300.00                 Assets Exempt: $6,475.00
(without deducting any secured claims)

Total Distribution to Claimants: $9,106.54  Claims Discharged
                                            Without Payment: $893.60

Total Expenses of Administration: $1,918.39
```

   3) Total gross receipts of $ 26,950.87 (see **Exhibit 1**), minus funds paid to the debtor
and third parties of $ 15,925.94 (see **Exhibit 2**), yielded net receipts of $11,024.93
from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,918.39 | 1,918.39 | 1,918.39 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 10,000.14 | 10,000.14 | 9,106.54 |
| **TOTAL DISBURSEMENTS** | $0.00 | $11,918.53 | $11,918.53 | $11,024.93 |

4) This case was originally filed under Chapter 7 on October 31, 2016. The case was pending for 11 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/12/2017        By: /s/JOSEPH D. OLSEN
                             Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Inheritance (post-petition) | 1229-000 | 26,950.87 |
| **TOTAL GROSS RECEIPTS** | | **$26,950.87** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Deborah A Ognibene | exemption | 8100-002 | 2,200.00 |
| Michael & Lori Ognibene | Other parties in interest in the inheritance | 8500-002 | 9,839.36 |
| Michael & Lori Ognibene | withholding taxes on State Street account | 8500-002 | 1,366.58 |
| Michael & Lori Ognibene | withholding taxes on IMRF account | 8500-002 | 600.00 |
| Michael & Lori Ognibene | Other parties in interest in the IMRF | 8500-002 | 1,920.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$15,925.94** |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - JOSEPH D. OLSEN | 2100-000 | N/A | 1,852.49 | 1,852.49 | 1,852.49 |
| Trustee Expenses - JOSEPH D. OLSEN | 2200-000 | N/A | 21.44 | 21.44 | 21.44 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 12.85 | 12.85 | 12.85 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.83 | 10.83 | 10.83 |
| Other - Michael & Lori Ognibene | 2990-000 | N/A | 0.02 | 0.02 | 0.02 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 12.75 | 12.75 | 12.75 |
| Other - INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 8.01 | 8.01 | 8.01 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $1,918.39 | $1,918.39 | $1,918.39 |

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | None | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 120.44 | 120.44 | 109.68 |
| 2 | PYOD, LLC its successors and assigns as assignee | 7100-000 | N/A | 496.17 | 496.17 | 451.83 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 835.07 | 835.07 | 760.45 |
| 4 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 612.71 | 612.71 | 557.96 |
| 5 | American InfoSource LP as agent for | 7100-000 | N/A | 313.81 | 313.81 | 285.77 |
| 6 | Onemain Financial Services, Inc. | 7100-000 | N/A | 5,657.52 | 5,657.52 | 5,151.97 |
| 7 | Comenity Capital Bank | 7100-000 | N/A | 881.50 | 881.50 | 802.73 |
| 8 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 417.75 | 417.75 | 380.42 |
| 9 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 665.17 | 665.17 | 605.73 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $10,000.14 | $10,000.14 | $9,106.54 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-82557　　　　　　　　　　　　　　　　　　**Trustee:**　　(330400)　　JOSEPH D. OLSEN
**Case Name:** OGNIBENE, DEBORAH A.　　　　　　　　　　　**Filed (f) or Converted (c):**　10/31/16 (f)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**§341(a) Meeting Date:**　12/15/16
**Period Ending:** 10/12/17　　　　　　　　　　　　　　　　　　**Claims Bar Date:**　　05/17/17

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Credit Union Checking: Rockford Municipal Employ | 100.00 | 0.00 | | 0.00 | FA |
| 2 | Credit Union Savings: Rockford Municipal Employe | 25.00 | 0.00 | | 0.00 | FA |
| 3 | Misc. household goods and furnishings | 1,000.00 | 0.00 | | 0.00 | FA |
| 4 | 1 TV 3 Cell Phone's 1 Computer | 700.00 | 0.00 | | 0.00 | FA |
| 5 | Clothing and personal items | 500.00 | 0.00 | | 0.00 | FA |
| 6 | I.M.R.F.: Interest in IMRF | Unknown | Unknown | | 0.00 | FA |
| 7 | 2004 Saturn Ion, 101,000 miles. Entire property | 1,975.00 | 0.00 | | 0.00 | FA |
| 8 | 4 Dog's | 0.00 | 0.00 | | 0.00 | FA |
| 9 | Inheritance (post-petition)  (u) | 10,000.00 | 7,800.00 | | 26,950.87 | FA |
| **9** | **Assets　Totals** (Excluding unknown values) | **$14,300.00** | **$7,800.00** | | **$26,950.87** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**　　December 31, 2017　　　　**Current Projected Date Of Final Report (TFR):**　　July 7, 2017  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 16-82557  
**Case Name:** OGNIBENE, DEBORAH A.  
**Taxpayer ID #:** **-***2103  
**Period Ending:** 10/12/17

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0966 - Checking Account  
**Blanket Bond:** $1,500,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 03/02/17 | {9} | Deborah A Ognibene | Inheritance | | 1229-000 | 10,285.11 | | 10,285.11 |
| 03/15/17 | 101 | Deborah A Ognibene | exemption | | 8100-002 | | 2,200.00 | 8,085.11 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 12.85 | 8,072.26 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.83 | 8,061.43 |
| 05/30/17 | | Michael & Lori Ognibene | Debtor's 1/5 interest in inheritance | | | 2,939.80 | | 11,001.23 |
| | {9} | Quantum3 Group LLC as agent for | State Street account (gross) | 13,665.76 | 1229-000 | | | 11,001.23 |
| | | | Other parties in interest in the inheritance | -9,839.36 | 8500-002 | | | 11,001.23 |
| | | | withholding taxes on State Street account | -1,366.58 | 8500-002 | | | 11,001.23 |
| | | | Calculation error | -0.02 | 2990-000 | | | 11,001.23 |
| | {9} | | IMRF account (gross) | 3,000.00 | 1229-000 | | | 11,001.23 |
| | | | withholding taxes on IMRF account | -600.00 | 8500-002 | | | 11,001.23 |
| | | | Other parties in interest in the IMRF | -1,920.00 | 8500-002 | | | 11,001.23 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 12.75 | 10,988.48 |
| 06/01/17 | 102 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 06/01/2017 FOR CASE #16-82557, 016018067 | | 2300-000 | | 8.01 | 10,980.47 |
| 08/01/17 | 103 | JOSEPH D. OLSEN | Dividend paid 100.00% on $21.44, Trustee Expenses;  Reference: | | 2200-000 | | 21.44 | 10,959.03 |
| 08/01/17 | 104 | JOSEPH D. OLSEN | Dividend paid 100.00% on $1,852.49, Trustee Compensation;  Reference: | | 2100-000 | | 1,852.49 | 9,106.54 |
| 08/01/17 | 105 | Quantum3 Group LLC as agent for | Dividend paid 91.06% on $120.44; Claim# 1; Filed: $120.44; Reference: | | 7100-000 | | 109.68 | 8,996.86 |
| 08/01/17 | 106 | PYOD, LLC its successors and assigns as assignee | Dividend paid 91.06% on $496.17; Claim# 2; Filed: $496.17; Reference: | | 7100-000 | | 451.83 | 8,545.03 |
| 08/01/17 | 107 | American InfoSource LP as agent for | Dividend paid 91.06% on $313.81; Claim# 5; Filed: $313.81; Reference: | | 7100-000 | | 285.77 | 8,259.26 |
| 08/01/17 | 108 | Onemain Financial Services, Inc. | Dividend paid 91.06% on $5,657.52; Claim# 6; Filed: $5,657.52; Reference: | | 7100-000 | | 5,151.97 | 3,107.29 |
| 08/01/17 | 109 | Comenity Capital Bank | Dividend paid 91.06% on $881.50; Claim# 7; Filed: $881.50; Reference: | | 7100-000 | | 802.73 | 2,304.56 |
| 08/01/17 | 110 | Portfolio Recovery Associates, LLC | Dividend paid 91.06% on $417.75; Claim# 8; Filed: $417.75; Reference: | | 7100-000 | | 380.42 | 1,924.14 |
| 08/01/17 | 111 | Portfolio Recovery Associates, LLC | Dividend paid 91.06% on $665.17; Claim# 9; | | 7100-000 | | 605.73 | 1,318.41 |

Subtotals :  $13,224.91  $11,906.50

{} Asset reference(s)  
Printed: 10/12/2017 12:44 PM   V.13.30

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 16-82557  
**Case Name:** OGNIBENE, DEBORAH A.  

**Taxpayer ID #:** **-***2103  
**Period Ending:** 10/12/17  

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0966 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Filed: $665.17; Reference: | | | | |
| 08/01/17 | 112 | Capital One Bank (USA), N.A. | Combined Check for Claims#3,4 | | | 1,318.41 | 0.00 |
| | | | Dividend paid 91.06%  760.45 on $835.07; Claim# 3; Filed: $835.07 | 7100-000 | | | 0.00 |
| | | | Dividend paid 91.06%  557.96 on $612.71; Claim# 4; Filed: $612.71 | 7100-000 | | | 0.00 |
| | | | ACCOUNT TOTALS | | 13,224.91 | 13,224.91 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 13,224.91 | 13,224.91 | |
| | | | Less: Payments to Debtors | | | 2,200.00 | |
| | | | **NET Receipts / Disbursements** | | **$13,224.91** | **$11,024.91** | |

| | | |
|---|---|---|
| Net Receipts : | 13,224.91 | |
| Plus Gross Adjustments : | 13,725.96 | |
| Less Payments to Debtor : | 2,200.00 | |
| Less Other Noncompensable Items : | 13,725.94 | |
| Net Estate : | $11,024.93 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******0966** | 13,224.91 | 11,024.91 | 0.00 |
| | **$13,224.91** | **$11,024.91** | **$0.00** |

{} Asset reference(s)

Printed: 10/12/2017 12:44 PM    V.13.30